JOHN W. HUBER, United States Attorney (#7226)
SANDRA L. STEINVOORT, Assistant United States Attorney (#5352)
Office of the United States Attorney
111 South Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 325-3233
Fax: (801) 524-6924
E-Mail: sandra.steinvoort@usdoj.gov

CHAD A. READLER, Acting Assistant Attorney General
MICHAEL D. GRANSTON, Director
ALLISON CENDALI, Assistant Director
P.O. Box 261 – Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4232
Fax: (202) 514-0820
E-Mail: allison.cendali@usdoj.gov

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BART ANDERSEN, | : : : | Case No. 1:11-cv-00176 |
| Plaintiffs, | : : | Judge Clark Waddoups |
| v. | : : | |
| BIG-D CONSTRUCTION CORPORATION; CREATIVE TIMES DAY SCHOOL, INC.; CACHE VALLEY ELECTRIC COMPANY; ADVANCED SOLUTIONS GROUP, LLC; and DOES 1-100, | : : : : : : | |
| Defendants. | : | |

## **NOTICE OF SETTLEMENT**

The United States of America (the "United States'), through undersigned counsel, hereby notifies the Court of the settlement of the claims brought on behalf of the United States in the above-captioned matter.

1. On January 25, 2018, the United States, Relator Bart Andersen ("Relator"), and Defendant Big-D Construction ("Big-D") agreed upon the terms memorialized in a Settlement Agreement that resolves certain allegations relating to Big-D. The Parties are in the process of fully executing that Settlement Agreement, referred to below as "the Big-D Settlement Agreement."

2. Pursuant to the terms of the Big-D Settlement Agreement, upon receipt of the payment of the settlement amount, which is due within ten (10) business days after the Big-D Settlement Agreement is fully executed, the Parties will file a Stipulation of Dismissal as to the claims alleged against Big-D.

3. In addition, the United States, Relator, and Defendant Creative Times Day School, Inc. ("CTI") have reached a settlement in principle and are finalizing the terms of a Settlement Agreement that will also be fully executed shortly.

4. As soon as possible after the Settlement Agreement with CTI is fully executed and payment made pursuant to the terms of that Settlement Agreement, the United States, Relator, and Defendant CTI will file the necessary Stipulation of Dismissal as to the claims alleged against CTI, as well as all other claims Relator has asserted on behalf of the United States under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730.

DATED this 25th day of January 2018.

            Respectfully submitted,

            CHAD A. READLER,
            Acting Assistant Attorney General

            JOHN W. HUBER
            United States Attorney

              /s/
            _____
            SANDRA L. STEINVOORT
            Assistant United States Attorney
            Office of the United States Attorney
            185 South State Street, Suite #300
            Salt Lake City, Utah 84111
            Telephone: (801)524-5682
            E-Mail: sandra.steinvoort@usdoj.gov

              /s/ Allison Cendali
            _____
            MICHAEL D. GRANSTON
            ALLISON CENDALI
            U.S. Department of Justice, Civil Division
            P.O. Box 261 - Ben Franklin Station
            Washington, DC 20044
            (202) 616-4232
            Allison.Cendali@usdoj.gov
            *Counsel for the United States*