JOHN W. HUBER, United States Attorney (#7226)
SANDRA L. STEINVOORT, Assistant United States Attorney (#5352)
Office of the United States Attorney
111 Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Fax: (801) 524-3399
E-Mail: sandra.steinvoort@usdoj.gov
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BART ANDERSON<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BIG-D CONSTRUCTION CORPORATION; CREATIVE TIMES DAY SCHOOL, INC; CACHE VALLEY ELECTRIC COMPANY; ADVANCED SOLUTIONS GROUP, LLC; and DOES 1-100,<br>　　　　　Defendants. | Case No. 1:11–CV–00176–CW–DBP<br><br>**UNITED STATES' NOTICE OF DISMISSAL**<br><br>District Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

**UNITED STATES' NOTICE OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), the United States hereby seeks dismissal, with prejudice, of all claims in the above-referenced action. A proposed order accompanies this notice.

Respectfully submitted this 15th day of March 2018.

　　　　　　　　　　　　　　　　　　JOHN W. HUBER
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　*/s/ Sandra L. Steinvoort*
　　　　　　　　　　　　　　　　　　SANDRA L. STEINVOORT
　　　　　　　　　　　　　　　　　　Assistant United States Attorney