IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BART ANDERSON<br><br>           Plaintiffs,<br><br>     v.<br><br>BIG-D CONSTRUCTION CORPORATION; CREATIVE TIMES DAY SCHOOL, INC; CACHE VALLEY ELECTRIC COMPANY; ADVANCED SOLUTIONS GROUP, LLC; and DOES 1-100,<br><br>           Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 1:11-cv-176<br><br>Judge Clark Waddoups |

The United States having submitted Notice of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and for good cause shown,

IT IS HEREBY ORDERED that all claims are dismissed with prejudice to the United States.

DATED this 16th day of March, 2018

BY THE COURT:

Clark Waddoups
United States District Judge